IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>JOHN L. WALFISH, et al.,<br><br>　　　　　　Defendants. | Case No. 2:09-cv-01078-HB |

## NOTICE OF APPEARANCE

　　　　Please enter the appearance of Jessica S. Reimelt, Trial Attorney, Tax Division, United States Department of Justice, as counsel for the defendant, the United States of America, in the above-captioned civil action.

Dated:  August 17, 2016.

　　　　　　　　　　　　　　　　　　　　　ZANE DAVID MEMEGER
　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　s/ Jessica S. Reimelt
　　　　　　　　　　　　　　　　　　　　　JESSICA S. REIMELT
　　　　　　　　　　　　　　　　　　　　　Trial Attorney, Tax Division
　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　P.O. Box 310
　　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20044
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 307-2176
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 514-6770
　　　　　　　　　　　　　　　　　　　　　Email
　　　　　　　　　　　　　　　　　　　　　Jessica.S.Reimelt@usdoj.gov

14300222.1

## CERTIFICATE OF SERVICE

I certify that on August 17, 2016, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which sent notification of the filing to all who have entered an appearance in this case.

I certify that on August 17, 2016, notification of the foregoing was sent by U.S. Mail to the following:


John and Nancy Walfish
11 Shannon Way
Royersford, PA 19468


Kristina G. Murtha, Esq.
KML Law Group, PC
701 Market Street
Suite 5000
Philadelphia, PA 19106

                                              s/Jessica S. Reimelt
                                              JESSICA S. REIMELT