

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES, | ) | Case No. 2:09-cv-1078 |
| | ) | |
| Plaintiff, | ) | ORDER CONFIRMING SALE AND |
| | ) | DIRECTING DISTRIBUTION OF SALE |
| v. | ) | PROCEEDS |
| | ) | |
| JOHN L. WALFISH, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

FILED
FEB 2 6 2018
KATE BARKMAN, Clerk
By_____Dep. Clerk

Having considered the United States' motion for order confirming sale and directing distribution of sale proceeds relating to the real property located at 11 Shannon Way, Royersford, PA 19468 ("Shannon Way Property"), fully described below,

> ALL THAT CERTAIN lot or piece of ground, Situate in the Township of Limerick, County of Montgomery and Commonwealth of Pennsylvania, bounded and described according to the Plan of Chalew Acres made by David Meixner, registered Surveyor, dated February 23, 1978 and last revised October 6, 1978, said plan being recorded in the Office of the Recorder of Deeds in Plan Book A-36, page 34, as follows, to wit:
>
> STARTING at a concrete monument, said monument located at the intersection of the Western Right of Way for Prince Avenue, and the Northern Right of Way for Galie Avenue, thence along the Western Right of Way for Prince Avenue North 43 degrees 52 minutes 03 seconds West for a distance of 55 30 feet to a point; thence North 42 degrees 31 minutes 41 seconds West for a distance of 148.00 feet to a point said point being the place of beginning for Lot No. 22; thence continuing along the same an additional distance of 100.00 feet to a point; thence South 47 degrees 28 minutes 19 seconds West for a distance of 200.00 feet to a point; thence South 42 degrees 31 minutes 41 seconds East for a distance of 23.00 feet to a point; thence South 44 degrees 25 minutes 48 seconds East for a distance of 83.00 feet to a point; thence North 45 degrees 44 minutes 34 seconds East for a distance of 197.34 feet to a point, said point being the place of beginning.
>
> Containing 20,458 square feet of land, more or less.
>
> Being Lot No. 22 on said Plan.

    Being Parcel #37-00-03483-04-4.

    BRING THE SAME PREMISES which Greenfields Development Corporation by deed dated April 18, 1989 and recorded April 20, 1989 in the Office of the Recorder of Deeds in and for Montgomery County in Deed Book 4908, page 1646, granted and conveyed unto John L. Walfish and Nany G. Walfish, grantors herein

    UNDER AND SUBJECT to certain restrictions of record.

IT IS ORDERED THAT

1. The United States' motion is granted.

2. The sale of the Shannon Way Property free and clear of any liens or encumbrances to BCB Homes LLC for the sum of $260,000.00 is HEREBY CONFIRMED.

3. The IRS shall issue a deed for the Shannon Way Property to BCB Homes LLC.

4. The Clerk of Court shall distribute the sale proceeds deposited in the Court's registry as follows:

//

//

//

//

//

//

//

| Order | Payee | Amount |
|---|---|---|
| 1 | **The Internal Revenue Service**<br><br>**Check payable to "U.S. Treasury"**<br><br>for Title Search Report and 4 Legal Ads<br><br>**PALS – Mailstop 14D**<br>**290 Broadway**<br>**New York, NY 10007** | $2,290.73 |
| 2 | **PNC BANK**<br><br>**c/o KML LAW GROUP, P.C.**<br>**Attention: Kristina G. Murtha, Esq.**<br>**701 Market Street, Suite 5000**<br>**Philadelphia, PA 19106** | $106,937.99 |
| 3 | **United States of America**<br><br>**Check Payable to the "U.S. Department of Justice"**<br><br>**U.S. Department of Justice, Tax Division**<br>**Ben Franklin Station, P.O. Box 310**<br>**Washington, DC 20044**<br><br>to be applied to John L. Walfish's unpaid federal employment tax liabilities for the 3rd and 4th quarters of 1997, the 1st and 2nd quarters of 1998, the 3rd and 4th quarters of 1999, all four quarters of 2000, and the 1st, 2nd, and 3rd quarters of 2001, which totaled $158,990.25 as of September 30, 2010, plus all accrued interest, penalties, and other additions permitted by law. | **$75,385.64**, plus one-half any accrued interest<br><br>(i.e., one-half the remaining proceeds) |
| 4 | **Nancy Walfish**<br>**610 Brooke Drive**<br>**Royersford, PA 19468-1865** | **$75,385.64**, plus one-half any accrued interest<br><br>(i.e., one-half the remaining proceeds) |

**IT IS SO ORDERED.**

_____
THE HONORABLE HARVEY BARTLE III
UNITED STATES DISTRICT COURT JUDGE

Dated: February 26, 2018.